UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

------------------------------------------------------------------

J & J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the **July 21, 2007 Hopkins/Wright** Program,

                          Plaintiff,

   -against-

NAIM ASHLEY and LYNN SPITE AGUIRRE, Individually and as officers, directors, shareholders and/or principals of ZYDISIUS, INC. d/b/a KENTUCKY CLUB a/k/a THE KENTUCKY CLUB, and ZYDISIUS, INC. d/b/a KENTUCKY CLUB a/k/a THE KENTUCKY CLUB,

                          Defendants.

------------------------------------------------------------------

Civil Action No. 4-07-CV-4066-SL
Assigned Judge: Hon. SIM LAKE

## **VOLUNTARY MOTION FOR ADMINISTRATIVE DISMISSAL**

**PLAINTIFFS, J&J SPORTS PRODUCTIONS, INC.,** plaintiffs in the above entitled action having settled compromised this action and no party herein being an infant or incompetent for whom a committee has been appointed and there being no person not a party who has any interest in the subject matter of said action, hereby moves that the above entitled action pertaining to the defendants, NAIM ASHLEY and LYNN SPITE AGUIRRE, Individually and as officers, directors, shareholders and/or principals of ZYDISIUS, INC. d/b/a KENTUCKY CLUB a/k/a THE KENTUCKY CLUB, and ZYDISIUS, INC. d/b/a KENTUCKY CLUB a/k/a THE KENTUCKY CLUB, be administratively dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure based upon a settlement between the parties, wherein the Defendants will pay a certain consideration over a period of time not to exceed **November 15, 2008**. Plaintiff reserves the right, in the event of non payment, to reopen and reinstate its claim against the Defendants.

Dated: May 16, 2008
      Ellenville, New York

                                            **J & J SPORTS PRODUCTIONS, INC.**

                                            By:/s/ Julie Cohen Lonstein

>Julie Cohen Lonstein.
>LONSTEIN LAW OFFICE, P.C.
>Attorneys for plaintiff
>Office & P.O. Address
>1 Terrace Hill : P.O. Box 351
>Ellenville, New York 12428
>Tel: (845) 647-8500

## CERTIFICATE OF CONFERENCE

I certify that on I spoke with my adversary requesting consent to the request. I have received permission from the defendant who does not oppose the foregoing Motion and consents to the relief requested.

Dated: May 16, 2008

>/s/ Julie Cohen Lonstein
>JULIE COHEN LONSTEIN, ESQ.

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that, on May 16, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/EFC system which will send a notice of electronic filing to the following counsel:

Ronald Morgan, Esq.
4545 Bissonnet, Suite 125
Houston, TX 77401

>/s/ Julie Cohen Lonstein
>JULIE COHEN LONSTEIN