UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---

J & J SPORTS PRODUCTIONS, INC., as
Broadcast Licensee of the **July 21, 2007**
**Hopkins/Wright** Program,
                     Plaintiff,
-against-

NAIM ASHLEY and LYNN SPITE AGUIRRE,
Individually and as officers, directors, shareholders
and/or principals of ZYDISIUS, INC. d/b/a
KENTUCKY CLUB a/k/a THE KENTUCKY CLUB,
and ZYDISIUS, INC. d/b/a KENTUCKY CLUB a/k/a
THE KENTUCKY CLUB,
                     Defendants.

Civil Action No. 4-07-CV-4066-SL
Assigned Judge: Hon. SIM LAKE

---

## ORDER OF ~~ADMINISTRATIVE~~ DISMISSAL

The above-styled and numbered cause of action having been filed with the Court, and the plaintiffs voluntary motion for Administrative Dismissal dated May 16, 2008 having been considered it is, therefore,

**ORDERED** that the above matter pertaining to defendants, **NAIM ASHLEY and LYNN SPITE AGUIRRE, Individually and as officers, directors, shareholders and/or principals of ZYDISIUS, INC. d/b/a KENTUCKY CLUB a/k/a THE KENTUCKY CLUB, and ZYDISIUS, INC. d/b/a KENTUCKY CLUB a/k/a THE KENTUCKY CLUB;** be dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and it is further

**ORDERED** that the Plaintiff specifically reserves the right, in the event of any non-payment, to reopen and reinstate its claim against Defendant.

**SO ORDERED** this

*17th* day of *May*, 2008

_____
HON. SIM LAKE
UNITED STATES DISTRICT JUDGE